AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

2023 JUL -3 A 10: 51

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>ALL FUNDS, UP TO THE AMOUNT OF $19,099,652.07 HELD OR STORED AT MITSUBISHI UFJ TRUST AND BANKING CORPORATION ACCOUNT 1110910328, IN THE NAME OF DELTEC BANK AND TRUST | Case No. 1:23-sw-372<br><br>**UNDER SEAL** |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the    Southern    District of    New York    be seized as being subject to forfeiture to the United States of America. The property is described as follows:

ALL FUNDS, UP TO THE AMOUNT OF $19,099,652.07 HELD OR STORED AT MITSUBISHI UFJ TRUST AND BANKING CORPORATION ACCOUNT 1110910328, IN THE NAME OF DELTEC BANK AND TRUST

The funds are also subject to criminal forfeiture pursuant to 18 U.S.C. 981(a)(1)(C) and 28 U.S.C. 2461(c), as well as 18 U.S.C. 982(a)(1).

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before    07/12/2023
                                                                                    *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
   Honorable John F. Anderson, U.S. Magistrate Judge   .
         *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for       days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of

Date and time issued:    06/28/2023 11:45 am

**John F. Anderson**  Digitally signed by John F. Anderson
                      Date: 2023.06.28 11:58:34 -04'00'
                      *Judge's signature*

City and state:    Alexandria, VA                Honorable John F. Anderson, U.S. Magistrate Judge
                                                 *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 1:23-sw-372 | Date and time warrant executed: <br> 06/29/2023 at 12:18 | Copy of warrant and inventory left with: <br> Steven Troyer, MUFJ General Council |
| Inventory made in the presence of: <br> Special Agent ABIGAIL TYRRELL | | |
| Inventory of the property taken: <br><br> **Funds stored in Mitsubishi UFJ Trust and Banking Corporation (MUFJ) account 1110910328, in the name of Deltec Bank and Trust. At the time of seizure there were $5,462,541.45 and all funds were seized.** | | |
| Certification | | |
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br> Date: 7/3/2023 <br><br> *Executing officer's signature* <br><br> Special Agent Chris Saunders <br> *Printed name and title* | | |