IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALL FUNDS, UP TO THE AMOUNT OF $58,465,480 HELD OR STORED AT MITSUBISHI UFJ TRUST AND BANKING CORPORATION ACCOUNT 1110910328, IN THE NAME OF DELTEC BANK AND TRUST | Case No. 23-sw-326 |
| ALL FUNDS, UP TO THE AMOUNT OF $27,337,385.47 HELD OR STORED AT MITSUBISHI UFJ TRUST AND BANKING CORPORATION ACCOUNT 1110910328, IN THE NAME OF DELTEC BANK AND TRUST | Case No. 23-sw-336 |
| ALL FUNDS, UP TO THE AMOUNT OF $19,099,652.07 HELD OR STORED AT MITSUBISHI UFJ TRUST AND BANKING CORPORATION ACCOUNT 1110910328, IN THE NAME OF DELTEC BANK AND TRUST | Case No. 23-sw-372 |

UNITED STATES' MOTION TO UNSEAL

The United States of America, by counsel, respectfully requests the above-captioned matters be unsealed.

On June 12, 2023, and June 23, 2023, the Honorable Lindsey R. Vaala, United States Magistrate Judge for the Eastern District of Virginia, authorized seizure warrants for the property listed above in case numbers 23-sw-326 and 23-sw-336. On June 28, 2023, the Honorable John F. Anderson, United States Magistrate Judge for the Eastern District of Virginia, authorized a seizure warrant for the property listed above in Case No. 23-sw-372. To protect the criminal investigation, the United States requested that the seizure warrant, application, supporting affidavit, motion to seal, and sealing order be sealed until further motion of the United States.

The concerns raised in the motion to seal are no longer present and the United States now

respectfully moves to unseal the warrant, application, supporting affidavit, motion to seal, sealing

order, and any other documents filed in connection with the above-captioned matters.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____

Zoe Bedell
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| ALL FUNDS, UP TO THE AMOUNT OF $58,465,480 HELD OR STORED AT MITSUBISHI UFJ TRUST AND BANKING CORPORATION ACCOUNT 1110910328, IN THE NAME OF DELTEC BANK AND TRUST | Case No. 23-sw-326 |
| ALL FUNDS, UP TO THE AMOUNT OF $27,337,385.47 HELD OR STORED AT MITSUBISHI UFJ TRUST AND BANKING CORPORATION ACCOUNT 1110910328, IN THE NAME OF DELTEC BANK AND TRUST | Case No. 23-sw-336 |
| ALL FUNDS, UP TO THE AMOUNT OF $19,099,652.07 HELD OR STORED AT MITSUBISHI UFJ TRUST AND BANKING CORPORATION ACCOUNT 1110910328, IN THE NAME OF DELTEC BANK AND TRUST | Case No. 23-sw-372 |

ORDER

This matter having come before the Court on the United States' motion to unseal the above-caption matters and the Court having concluded that the United States has shown good cause therefore, it is hereby

ORDERED that the warrant to seize the above-captioned property, the application for the warrant, the affidavit in support thereof, the motion to seal, sealing order, and any other documents filed in connection with the above-captioned matters be UNSEALED.

_____
The Honorable Ivan D. Davis
United States Magistrate Judge

Date: _____

Alexandria, Virginia